HENDERSON, Administrator, Office of Price Administration, v. FRANK et al.

No. 8128.

Circuit Court of Appeals, Third Circuit.

Argued Nov. 6, 1942.

Decided Nov. 12, 1942.

William N. McNair, of Pittsburgh, Pa., for appellants.

Harry W. Jones, of Washington, D. C. (David Ginsburg, Gen. Counsel, Brunson MacChesney, Asst. Gen. Counsel, Walter Gellhorn, Regional Atty., Office of Price Administration, all of Washington, D. C., and Milton Klein of New York City, and Carl W. Berueffy, of Washington, D. C., on the brief), for appellee.

Before BIGGS, JONES, and GOODRICH, Circuit Judges.

PER CURIAM.

Since the appellants have complied fully with the order appealed from, the appeal is dismissed as moot.